UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                                     :
WESTERN INVESTMENT LLC,                                              :
                                                                     : Civil Action No. 10-cv-1399
             Plaintiff,                                              :
                                                                     :
                                                                     : **ECF Case**
      v.                                                             :
                                                                     :
DWS GLOBAL COMMODITIES STOCK FUND, INC.                              :
                                                                     :
                                                                     :
             Defendant.                                              :
                                                                     :
---------------------------------------------------------------------x

## NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff hereby gives Notice of Voluntary Dismissal of its First Claim for Relief arising under Section 18(i) of the Investment Company Act of 1940, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: White Plains, New York
       May 19, 2010

                                        LOWEY DANNENBERG COHEN &
                                            HART, P.C.


                                        By:_/S/_____
                                        Richard W. Cohen, rcohen@lowey.com
                                        Todd S. Garber, tgarber@lowey.com
                                        One North Broadway, Suite 509
                                        White Plains, New York 10601
                                        Telephone:    (914) 997-0500
                                        Facsimile:    (914) 997-0035

                                        *Attorneys for Plaintiff Western
                                        Investment LLC*

{2332 / MISC / 00101683.DOC v2}