UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
WESTERN INVESTMENT LLC,                          :
                                                 :Civil Action No. 10-cv-1399
                 Plaintiff,       :
                                                 :
                                                 :       **ECF Case**
       v.                                  :
                                                 :
DWS GLOBAL COMMODITIES STOCK FUND, INC.          :
                                                 :
                                                 :
                 Defendant.       :
                                                 :
------------------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
BY PLAINTIFF PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

     Plaintiff hereby gives Notice of Voluntary Dismissal of this action, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: White Plains, New York
       August 24, 2010

                                          LOWEY DANNENBERG COHEN &
                                            HART, P.C.


                                          By:_/S/_____
                                          Richard W. Cohen, rcohen@lowey.com
                                          Todd S. Garber, tgarber@lowey.com
                                          One North Broadway, Suite 509
                                          White Plains, New York 10601
                                          Telephone:    (914) 997-0500
                                          Facsimile:    (914) 997-0035

                                          *Attorneys for Plaintiff Western*
                                          *Investment LLC*